# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**COREY STEVENSON**                                                                                   **PLAINTIFF**

v.                                    **CASE NO. 5:16CV00259 BSM**

**DARNELLE BROWN, Deputy,**
**Dub Brassell Detention Center**                                                          **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 13] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, defendant Luther Whitfield's motion for summary judgment [Doc. No. 10] is granted and plaintiff Corey Stevenson's complaint [Doc. No. 2] is dismissed without prejudice. Finally, any *in forma pauperis* appeal taken from the order and judgment dismissing this action will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE