# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**COREY STEVENSON**                                                                                   **PLAINTIFF**

v.                     **CASE NO. 5:16CV00259 BSM**

**DARNELLE BROWN, Deputy,**
**Dub Brassell Detention Center**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 16th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE